1  Ralph S. LaMontagne, Jr. [State Bar No. 91536]
   rlamontagne@l-a-lawoffices.com
2  Eric A. Amador [State Bar No. 143395]
   eamador@l-a-lawoffices.com
3  Thomas T. Carpenter [State Bar No. 98051]
   tcarpenter@l-a-lawoffices.com
4  LaMONTAGNE & AMADOR LLP
   150 S. Los Robles Avenue, Suite 940
5  Pasadena, California 91101

6  Telephone:  (626) 765-6800
   Facsimile:  (626) 765-6801
7
   Attorneys for Defendant
8  VENTURE TRAVEL, L.L.C., doing business as
   TAQUAN AIR
9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  DANIEL SNYDER, Individually and as      ) Case No. 2:20-cv-10276-CAS-JC
    Spouse of VANKA SNYDER, and             )
14  VANKA SNYDER, Individually and          )
    as Spouse of DANIEL SNYDER,             ) **STIPULATION FOR DISMISSAL**
15                                          ) **OF ACTION WITH PREJUDICE**
                 Plaintiffs,                ) **(Fed.R.Civ.P. 41)**
16                                          )
         vs.                                )
17                                          )
    PRINCESS CRUISE LINES, LTD., doing      )
18  business as PRINCESS CRUISES;           )
    VENTURE TRAVEL, LLC, doing              )
19  business as TAQUAN AIR, and             )
    MOUNTAIN AIR SERVICE, LLC, doing        )
20  business as MOUNTAIN AIR,               )
                                            )
21               Defendants.                )
                                            )
22                                          )
                                            )
23                                          )
                                            )
24  _____ )

25

26

27

28

---
Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

242238

The undersigned parties, who are all the parties to this action, namely, plaintiffs, Daniel Snyder, individually and as spouse of Vanka Snyder, and Vanka Snyder, individually and as spouse of Daniel Snyder, and defendants, Princess Cruise Lines, Ltd., dba Princess Cruises, Venture Travel, LLC, dba Taquan Air, and Mountain Air Service, LLC, dba Mountain Air, hereby **STIPULATE**, pursuant to Fed.R.Civ.P. 41, to the dismissal of this action, with prejudice, with each party bearing said party's own fees and costs.

Dated:  June 8, 2021                    NELSON & FRAENKEL LLP

By: /s/ *Carlos F. Llinás Negret*
Stuart R. Fraenkel
Gretchen Nelson
Carlos F. Llinás Negret
Attorneys for Plaintiffs
DANIEL SNYDER, Individually and as Spouse of VANKA SNYDER, and VANKA SNYDER, Individually and as Spouse of DANIEL SNYDER

Dated:  June 8, 2021                    FLYNN, DELICH & WISE LLP

By: /s/ *Nicholas S. Politis*
Nicholas S. Politis
Attorneys for Defendant
PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES

Dated:  June 8, 2021                    WORTHE HANSON & WORTHE

By: /s/ *John Hanson*
John Hanson
Attorneys for Defendant
MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR

| | | |
|---|---|---|
| 1 | Dated:  June 8, 2021 | LaMONTAGNE & AMADOR LLP |
| 2 | | |
| 3 | | By:  /s/  *Ralph S. LaMontagne, Jr.* |
| | | Ralph S. LaMontagne, Jr. |
| 4 | | Eric A. Amador |
| | | Thomas T. Carpenter |
| 5 | | Attorneys for Defendant |
| 6 | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

242238

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: June 8, 2021         LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
   Ralph S. LaMontagne, Jr.
   Eric A. Amador
   Thomas T. Carpenter
   Attorneys for Defendant
   VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR